IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALFONSO R. MOSLEY,<br><br>               Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPT. OF CORRECTIONS,<br><br>               Defendant. | **8:25CV435**<br><br>**MEMORANDUM AND ORDER** |

      On November 10, 2025, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the Court on September 19, 2025. Filing No. 10. The Court further ordered Plaintiff to update his address within 30 days or face dismissal of this action as he was no longer confined in the Douglas County Correctional Center, where he was last known to be located. Filing No. 10 at 2. To date, Plaintiff has not updated his address or taken any other action in this matter.

      IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

      Dated this 18th day of December, 2025.

                                            BY THE COURT:

                                            */s/ John M. Gerrard*
                                            John M. Gerrard
                                            Senior United States District Judge